UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALMIR MARTINS DA SILVA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY and PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | Civil Action No. 25-13289-MJJ |

**MEMORANDUM OF DECISION AND ORDER**

November 10, 2025

JOUN, D.J.

Valmir Martins Da Silva ("Mr. Martins Da Silva" or "Petitioner") is a citizen of Brazil who entered the United States in September 2019. [Doc. No. 1 at ¶¶ 1, 16]. Upon information and belief, he was apprehended by Customs and Border Patrol at his initial entry. [*Id*. at ¶ 17]. On or about November 5, 2025, Mr. Martins Da Silva was detained by ICE while attending a routine check-in. [*Id*. at ¶¶ 2, 19]. Mr. Martins Da Silva petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

1

In their Response to Habeas Petition, Respondents acknowledge that the legal issues in this case substantially overlap with those at issue in *Hilario Rodriguez v. Moniz,* 25-cv-12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Martins Da Silva is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Martins Da Silva with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Martins Da Silva on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Martins Da Silva has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge